UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-20628-CR-GRAHAM(s)

UNITED STATES OF AMERICA

       Plaintiff,

vs.

RICARDO SEGUROLA,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to United States Magistrate Judge Palermo on April 8, 2011. A Report and Recommendation was filed on May 11, 2011 recommending payment in the amount of $55,025.06 as to voucher number FLS102312. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Peter R. Palermo, is hereby Adopted and Approved. The Court Authorizes payment in the amount of **$55,025.06.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of May, 2011.

                                      DONALD L. GRAHAM
                                      UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Palermo
       Michael Smith, Esq.
       Lucy Lara, CJA Administrator